[No. 18962-3-II.    Division Two.    September 20, 1996.]

D.I.G., INC., ET AL., *Appellants*, v. THE CITY OF OLYMPIA, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-01796-6, Paula Casey, J., entered November 28, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 33170-1-I.    Division One.    September 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THUAN MINH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00953-1, Harriett M. Cody, J., entered August 2, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 35558-9-I.    Division One.    September 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. APRIL CEZEAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02066-4, Ricardo S. Martinez, J., entered October 17, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 36094-9-I.    Division One.    September 23, 1996.]

DOUGLAS D. JONES, *Appellant*, v. DIANA L. JONES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-3-00230-9, David A. Nichols, J., entered January 13, 1995. *Affirmed* by unpublished per curiam opinion.